NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5048

EDWARD L. BRIGHT, II, FRED E. EVANS, NANCY A. EVANS,
EARLEEN FAUVERGUE, CLARENCE FORKNER, RANDY W. FROEBE,
DEBRA J. FROEBE, GENEVA GRUBBS, NORMA LOU HALL, HOMER E. HAMILTON,
DEBBIE M. HAMILTON, SHIRLEY HENDRICKS, DAVID HOUSER, GAIL HOUSER,
PATRICK J. O'BRYAN, TRUSTEE OF THE PATRICK J. O'BRYAN REVOCABLE
LIVING TRUST UNDER AGREEMENT DATED 9/7/2001, LESTER ROARK,
DONALD LEE ROPER, II, RICKY D. RUSSELL, B. LORENE SOPER,
BRADY J. STUART, and ROSE M. STUART, for Themselves and As Representatives
of a Class of Similarly Situated Persons,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-431, Judge Christine
O.C. Miller.

ON MOTION

Before PROST, Circuit Judge.

### O R D E R

The United States moves for an extension of time, until September 21, 2009, to
file its brief. Edward L. Bright, II et al. oppose. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Mark F. Hearne, II, Esq.
      Kristine S. Tardiff, Esq.
      Helen K. Michael, Esq.
      Brent W. Baldwin, Esq.
      Nancie G. Marzulla, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK